# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re: LASER ENERGETICS, INC. § Case No. 16-18628-CMG
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Andrea Dobin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $101,441,300.00          Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $322,683.25     Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $177,316.75

3) Total gross receipts of $ 500,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $500,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $149,445.33 | $149,445.33 | $149,445.33 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 177,316.75 | 177,316.75 | 177,316.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 179,900.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,313,218.00 | 15,380,455.10 | 8,923,482.40 | 173,237.92 |
| **TOTAL DISBURSEMENTS** | $11,493,118.00 | $15,707,217.18 | $9,250,244.48 | $500,000.00 |

4) This case was originally filed under Chapter 7 on May 02, 2016. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2020          By: /s/Andrea Dobin
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| EQUIPMENT AND SUPPLIES | 1129-000 | 150,000.00 |
| US PATENT No. 7,627,016; 7,639,721; 8,636,384 | 1129-000 | 350,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$500,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Dr. Herbert J. Nevyas | 4210-000 | N/A | 145,000.00 | 145,000.00 | 145,000.00 |
| 2 -2 | Dr. Herbert J. Nevyas | 4210-000 | N/A | 4,445.33 | 4,445.33 | 4,445.33 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$149,445.33** | **$149,445.33** | **$149,445.33** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Andrea Dobin | 2100-000 | N/A | 28,250.00 | 28,250.00 | 28,250.00 |
| Trustee Expenses - Andrea Dobin | 2200-000 | N/A | 15.29 | 15.29 | 15.29 |
| Attorney for Trustee Fees (Trustee Firm) - McMANIMON SCOTLAND & BAUMANN | 3110-000 | N/A | 9,932.50 | 9,932.50 | 9,932.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - TRENK DiPASQUALE DELLA FERA & SODONO PC | 3110-000 | N/A | 30,679.50 | 30,679.50 | 30,679.50 |
| Attorney for Trustee Fees (Trustee Firm) - TRENK DiPASQUALE DELLA FERA & SODONO PC | 3110-000 | N/A | 18,838.50 | 18,838.50 | 18,838.50 |
| Attorney for Trustee Fees (Trustee Firm) - TRENK DiPASQUALE DELLA FERA & SODONO PC | 3110-000 | N/A | 64,122.00 | 64,122.00 | 64,122.00 |
| Attorney for Trustee Expenses (Trustee Firm) - McMANIMON SCOTLAND & BAUMANN | 3120-000 | N/A | 47.25 | 47.25 | 47.25 |
| Attorney for Trustee Expenses (Trustee Firm) - TRENK DiPASQUALE DELLA FERA & | 3120-000 | N/A | 181.80 | 181.80 | 181.80 |
| Attorney for Trustee Expenses (Trustee Firm) - TRENK DiPASQUALE DELLA FERA & | 3120-000 | N/A | 813.87 | 813.87 | 813.87 |
| Attorney for Trustee Expenses (Trustee Firm) - TRENK DiPASQUALE DELLA FERA & | 3120-000 | N/A | 439.92 | 439.92 | 439.92 |
| Other - Heslin Rothenberg Farley & Mesiti, PC | 3210-000 | N/A | 5,619.50 | 5,619.50 | 5,619.50 |
| Other - SHARER, PETREE BROTZ & SNYER | 3410-000 | N/A | 4,144.00 | 4,144.00 | 4,144.00 |
| Other - SHARER, PETREE BROTZ & SNYER | 3420-000 | N/A | 21.85 | 21.85 | 21.85 |
| Other - Extreme Laser Technologies (ADMINISTRATIVE) | 2410-000 | N/A | 1,345.41 | 1,345.41 | 1,345.41 |
| Other - Colleen Kelly | 2410-000 | N/A | 1,025.87 | 1,025.87 | 1,025.87 |
| Other - Anchor Moving and Storage | 2420-000 | N/A | 642.00 | 642.00 | 642.00 |
| Other - Trenk DiPasquale Della Fera & Sodono | 2420-000 | N/A | 963.00 | 963.00 | 963.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 446.10 | 446.10 | 446.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 455.60 | 455.60 | 455.60 |
| Other - Hillsborough Storage LLC | 2420-000 | N/A | 451.82 | 451.82 | 451.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 412.99 | 412.99 | 412.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 371.95 | 371.95 | 371.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 437.67 | 437.67 | 437.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 397.26 | 397.26 | 397.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 383.46 | 383.46 | 383.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 435.78 | 435.78 | 435.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 382.32 | 382.32 | 382.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 421.29 | 421.29 | 421.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 394.35 | 394.35 | 394.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 368.82 | 368.82 | 368.82 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 52.68 | 52.68 | 52.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 383.71 | 383.71 | 383.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 325.02 | 325.02 | 325.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 347.77 | 347.77 | 347.77 |
| Other - STATE OF NJ - CBT | 2820-000 | N/A | 750.00 | 750.00 | 750.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 335.69 | 335.69 | 335.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 380.78 | 380.78 | 380.78 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 333.65 | 333.65 | 333.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 367.66 | 367.66 | 367.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 355.62 | 355.62 | 355.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 183.27 | 183.27 | 183.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 215.26 | 215.26 | 215.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 192.61 | 192.61 | 192.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 186.04 | 186.04 | 186.04 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 74.54 | 74.54 | 74.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 211.52 | 211.52 | 211.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 179.26 | 179.26 | 179.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $177,316.75 | $177,316.75 | $177,316.75 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Dan Schall | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Tom Frobose 80 Shady Lane | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | State of New Jersey Division of | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Wayne Armstrong 2 Maize Trail | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott French | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | William Love | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Battis 6 Princeville Court | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Ryan Battis 1175 East Kennedy Blvd. | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Kain 7635 Pier Road | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | John T. LiVecchi 1803 Otters Pond Road | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Mike Levine 2423 South Orange Avenue | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Dominic Battisti<br>5 Edmund Street | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Marturano<br>1 Pheasant Run Road | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Colleen Kelly | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$179,900.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Hartford Fire Ins. Co. | 7100-000 | N/A | 73,994.00 | 0.00 | 0.00 |
| 3 | Dr. Herbert Nevyas & The Nevyas Eye Associates, PC | 7400-000 | N/A | 500,000.00 | 500,000.00 | 0.00 |
| 4 | Arisawa Mfg. | 7100-000 | N/A | 2,334,117.33 | 2,334,117.33 | 0.00 |
| 5 | Trenton Water Works | 7100-000 | N/A | 202.54 | 202.54 | 5.50 |
| 6 | The Estate of Sidney Dworkin | 7100-000 | N/A | 765,630.00 | 0.00 | 0.00 |
| 7 | Charles M Rosenberg | 7100-000 | N/A | 70,218.00 | 70,218.00 | 1,907.68 |
| 8 | Harris Silverman, MD | 7100-000 | N/A | 350,000.00 | 0.00 | 0.00 |
| 9 | Jerome E. Dennis | 7100-000 | N/A | 1,631.25 | 1,631.25 | 44.32 |
| 10 | Tyco Integrated Security, LLC | 7100-000 | N/A | 2,094.13 | 0.00 | 0.00 |
| 11 | Tyco Integrated Security, LLC | 7100-000 | N/A | 618.92 | 618.92 | 16.81 |
| 12 | Ford Motor Credit Company, LLC | 7100-000 | N/A | 878.33 | 878.33 | 23.86 |
| 13 | Eileen Berke | 7100-000 | N/A | 1,737,310.00 | 1,737,310.00 | 47,199.13 |
| 14 | CSZ Holdings, Inc. | 7100-000 | N/A | 794,635.00 | 794,635.00 | 21,588.60 |
| 15 | West Florida Precision Machine | 7100-000 | 305,048.00 | 318,593.27 | 0.00 | 0.00 |
| 16 | Colleen Kelly | 7100-000 | N/A | 138,250.00 | 69,125.00 | 1,877.98 |
| 17 | Robert Battis | 7100-000 | N/A | 3,520,991.00 | 994,475.60 | 27,017.85 |
| 18 | Wayne Armstrong | 7100-000 | N/A | 1,454,688.00 | 0.00 | 0.00 |
| 19 | Michael Levine | 7200-000 | N/A | 344,790.00 | 0.00 | 0.00 |
| 20 | Ryan Battus | 7100-000 | N/A | 308,484.00 | 154,242.00 | 4,190.44 |
| 21 | Yehuda Dachs | 7100-000 | N/A | 378,000.00 | 150,000.00 | 4,075.19 |
| 22 | Jason Armstrong | 7200-000 | 22,658.00 | 22,658.00 | 0.00 | 0.00 |
| 23 | Perry Fonseca | 7100-000 | N/A | 69,103.17 | 69,103.17 | 1,877.39 |
| 24 | Verdi Productions | 7200-000 | N/A | 840.00 | 840.00 | 0.00 |
| 25 | Thomas F Frobose | 7200-000 | N/A | 146,642.90 | 0.00 | 0.00 |
| 26 | Dan Schall | 7200-000 | N/A | 161,268.00 | 161,268.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | Estate of Shirley E. Rich | 7200-000 | N/A | 12,620.08 | 12,620.08 | 0.00 |
| 28 | Estate of Shirley E. Rich | 7200-000 | N/A | 354,096.01 | 354,096.01 | 0.00 |
| 31 | Wayne Armstrong | 7200-000 | N/A | 1,454,688.00 | 1,454,688.00 | 0.00 |
| NOTFILED | John T. LiVecchi | 7100-000 | 110,000.00 | N/A | N/A | 0.00 |
| NOTFILED | John T. LiVecchi | 7100-000 | 93,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Jerdan Enterprises | 7100-000 | 460,831.00 | N/A | N/A | 0.00 |
| NOTFILED | John T. LiVecchi | 7100-000 | 190,378.00 | N/A | N/A | 0.00 |
| NOTFILED | John T. LiVecchi | 7100-000 | 98,465.00 | N/A | N/A | 0.00 |
| NOTFILED | James K. Lehman | 7100-000 | 32,019.00 | N/A | N/A | 0.00 |
| NOTFILED | Keystone Pictures | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | John T. LiVecchi | 7100-000 | 558,133.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Gillis | 7100-000 | 36,866.00 | N/A | N/A | 0.00 |
| NOTFILED | Master Data Center | 7100-000 | 972.00 | N/A | N/A | 0.00 |
| NOTFILED | Marietta Enterprises | 7100-000 | 26,333.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Dworkin Estate | 7100-000 | 116,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Transfer | 7100-000 | 3,020.00 | N/A | N/A | 0.00 |
| NOTFILED | Lori Fite | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | IBIS Plaza | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ethan Grindlinger | 7100-000 | 6,929.00 | N/A | N/A | 0.00 |
| NOTFILED | Faircount | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Eileen Berke | 7100-000 | 5,452.00 | N/A | N/A | 0.00 |
| NOTFILED | Eileen Berke | 7100-000 | 241,217.00 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express | 7100-000 | 241.00 | N/A | N/A | 0.00 |
| NOTFILED | Eileen Berke | 7100-000 | 5,777.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 7100-000 | 1,458.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Silverman, MD | 7100-000 | 131,667.00 | N/A | N/A | 0.00 |
| NOTFILED | Hawkins Solutions, LLC | 7100-000 | 42,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gerome Dennis | 7100-000 | 1,631.00 | N/A | N/A | 0.00 |
| NOTFILED | GTS Welco | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NOTFILED | Mike Little | 7100-000 | 65,315.00 | N/A | N/A | 0.00 |
| NOTFILED | Gerald Richter | 7100-000 | 37,702.00 | N/A | N/A | 0.00 |
| NOTFILED | Paramount Log Co., LTD | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | MT Technologies | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Philip Risko | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Shirley E. Rich, Estate | 7100-000 | 354,096.00 | N/A | N/A | 0.00 |
| NOTFILED | Sid Dworkin, Estate | 7100-000 | 352,988.00 | N/A | N/A | 0.00 |
| NOTFILED | Sid Dworkin, Estate | 7100-000 | 781,979.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Battis | 7100-000 | 9,648.00 | N/A | N/A | 0.00 |
| NOTFILED | Sid Dworkin, Estate | 7100-000 | 124,500.00 | N/A | N/A | 0.00 |
| NOTFILED | RedEye | 7100-000 | 5,995.00 | N/A | N/A | 0.00 |
| NOTFILED | Rick Stans | 7100-000 | 38,455.00 | N/A | N/A | 0.00 |
| NOTFILED | PR Newswire | 7100-000 | 895.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 286.00 | N/A | N/A | 0.00 |
| NOTFILED | Quench | 7100-000 | 262.00 | N/A | N/A | 0.00 |
| NOTFILED | PSE&G | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Eileen Berke | 7100-000 | 1,008,164.00 | N/A | N/A | 0.00 |
| NOTFILED | Ray Dirks | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sid Dworkin, Estate | 7100-000 | 92,975.00 | N/A | N/A | 0.00 |
| NOTFILED | Wolfe Financial Group | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wayne Armstrong | 7100-000 | 233,237.00 | N/A | N/A | 0.00 |
| NOTFILED | Yehuda Dachs | 7100-000 | 197,499.00 | N/A | N/A | 0.00 |
| NOTFILED | Xerox | 7100-000 | 699.00 | N/A | N/A | 0.00 |
| NOTFILED | Wayne Armstrong | 7100-000 | 104,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Perry Fonseca | 7100-000 | 23,268.00 | N/A | N/A | 0.00 |
| NOTFILED | Verdi Productions | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 20,709.00 | N/A | N/A | 0.00 |
| NOTFILED | Staples Credit | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sid Dworkin, Estate | 7100-000 | 611,981.00 | N/A | N/A | 0.00 |
| NOTFILED | Trenton Water Works | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Stark & Stark | 7100-000 | 50,830.00 | N/A | N/A | 0.00 |
| NOTFILED | Philip Risko | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Tyco Intergated Security | 7100-000 | 745.00 | N/A | N/A | 0.00 |
| NOTFILED | Cincinnati Sub Zero | 7100-000 | 98,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Eileen Berke | 7100-000 | 112,528.00 | N/A | N/A | 0.00 |
| NOTFILED | Arisawa Mfg | 7100-000 | 1,990,493.00 | N/A | N/A | 0.00 |
| NOTFILED | Antimo Carannante | 7100-000 | 65,833.00 | N/A | N/A | 0.00 |
| NOTFILED | Big Bang Entertainment | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Blue Cross Blue Shield | 7100-000 | 13,464.00 | N/A | N/A | 0.00 |
| NOTFILED | Ed Schmidt | 7100-000 | 68,086.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 594.00 | N/A | N/A | 0.00 |
| NOTFILED | Bruce Worrall | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Avo Photonics | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cpt. Pete Wikul | 7100-000 | 51,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cusip Service Bureau | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Corporation Service Co | 7100-000 | 808.00 | N/A | N/A | 0.00 |
| NOTFILED | Colleen Kelly | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cincinnati Sub Zero | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Coherent Laser | 7100-000 | 3,505.00 | N/A | N/A | 0.00 |
| NOTFILED | David A. Synder | 7100-000 | 65,833.00 | N/A | N/A | 0.00 |
| NOTFILED | David Lubin | 7100-000 | 32,019.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Martin Richardson | 7100-000 | 26,069.00 | N/A | N/A | 0.00 |
| NOTFILED | Dunn & Bradstreet Credibility | 7100-000 | 949.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. David C. Brown | 7100-000 | 616,405.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. David C. Brown | 7100-000 | 303,928.00 | N/A | N/A | 0.00 |
| NOTFILED | De Lage Landen | 7100-000 | 1,721.00 | N/A | N/A | 0.00 |
| NOTFILED | DHL Express | 7100-000 | 32.00 | N/A | N/A | 0.00 |
| NOTFILED | Cincinnati Sub Zero | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bud (Elliot) Dworkin | 7100-000 | 30,213.00 | N/A | N/A | 0.00 |
| NOTFILED | Cincinnati Sub Zero | 7100-000 | 51,271.00 | N/A | N/A | 0.00 |
| NOTFILED | Cincinnati Sub Zero | 7100-000 | 40,162.00 | N/A | N/A | 0.00 |
| NOTFILED | Cass Gunther Adelman | 7100-000 | 65,833.00 | N/A | N/A | 0.00 |
| NOTFILED | Cincinnati Sub Zero | 7100-000 | 34,264.00 | N/A | N/A | 0.00 |
| NOTFILED | Carannante, LLC | 7100-000 | 65,833.00 | N/A | N/A | 0.00 |
| NOTFILED | Cincinnati Sub Zero | 7100-000 | 315,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cable Vision of Hamilton | 7100-000 | 374.00 | N/A | N/A | 0.00 |
| NOTFILED | Cincinnati Sub Zero | 7100-000 | 20,808.00 | N/A | N/A | 0.00 |
| | Arisawa Mfg. | 7100-000 | N/A | 63,413.17 | 63,413.17 | 63,413.17 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,313,218.00 | $15,380,455.10 | $8,923,482.40 | $173,237.92 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-18628-CMG  **Trustee:** (500420)  Andrea Dobin
**Case Name:** LASER ENERGETICS, INC.  **Filed (f) or Converted (c):** 05/02/16 (f)
**§341(a) Meeting Date:** 06/01/16
**Period Ending:** 01/03/20  **Claims Bar Date:** 11/03/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LEI PATENTS - APPLIED FOR (u)<br>Listed on Exhibit C of the Sale Motion | Unknown | 0.00 | OA | 0.00 | FA |
| 2 | PENDING LAWSUIT CACI CORP. | 50,000,000.00 | 50,000,000.00 | OA | 0.00 | FA |
| 3 | PENDING LAWSUIT LAJOLLA | 50,000,000.00 | 50,000,000.00 | OA | 0.00 | FA |
| 4 | NOTES RECEIVABLE DAN COLON | 76,300.00 | 76,300.00 | | 0.00 | FA |
| 5 | EQUIPMENT AND SUPPLIES<br>Schedule B Iterms 9-22 | 1,000,000.00 | 1,000,000.00 | | 150,000.00 | FA |
| 6 | NOTES RECEIVABLE FRANK SPANO | 220,000.00 | 220,000.00 | | 0.00 | FA |
| 7 | CLAIM AGAINST LIGHT POD (u) | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 8 | US PATENT No. 7,627,016; 7,639,721; 8,636,384<br>Schedule B Item 60 - entry 1 | 1,000,000.00 | 0.00 | | 350,000.00 | FA |
| 9 | US PATENT APPLICATION No 11/417,132<br>Schedule B Item 60, entry 2 | 1,000,000.00 | 100,000.00 | | 0.00 | FA |
| 10 | TRADEMARK - DAZER LASER<br>Schedule B, item 60, entry 3 | Unknown | 0.00 | | 0.00 | FA |
| 11 | PUBLIC ENTITY "LASER ENERGETICS" | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 11 | Assets  Totals (Excluding unknown values) | **$103,441,300.00** | **$101,541,300.00** | | **$500,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 30, 2019    **Current Projected Date Of Final Report (TFR):** March 19, 2019 (Actual)

Printed: 01/03/2020 03:54 PM    V.14.60

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-18628-CMG  
**Case Name:** LASER ENERGETICS, INC.  
**Taxpayer ID #:** **-***2681  
**Period Ending:** 01/03/20  

**Trustee:** Andrea Dobin (500420)  
**Bank Name:** Mechanics Bank  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $39,709,084.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/09/17 | | TRENK DiPASQUALE A/T/A | Sale Proceeds | | 500,000.00 | | 500,000.00 |
| | {5} | | Equipment & Supplies          150,000.00 | 1129-000 | | | 500,000.00 |
| | {8} | | Intellectual Property &       350,000.00 Trademarks | 1129-000 | | | 500,000.00 |
| 01/11/17 | 101 | Dr. Herbert J Nevyas | principal | 4210-000 | | 145,000.00 | 355,000.00 |
| 01/11/17 | 102 | Dr. Herbert J. Nevyas | interest on claim | 4210-000 | | 4,445.33 | 350,554.67 |
| 01/25/17 | 103 | Anchor Moving and Storage | Invoice 16-2174 & 16-2843 | 2420-000 | | 642.00 | 349,912.67 |
| 01/26/17 | 104 | Trenk DiPasquale Della Fera & Sodono | reimbursement for invoices paid to Anchor Storage | 2420-000 | | 963.00 | 348,949.67 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 446.10 | 348,503.57 |
| 02/22/17 | 105 | TRENK DiPASQUALE DELLA FERA & SODONO PC | attorney fees and expenses - order approved 2.22.17 | | | 64,561.92 | 283,941.65 |
| | | | attorney fees                 64,122.00 | 3110-000 | | | 283,941.65 |
| | | | attorney expenses                 439.92 | 3120-000 | | | 283,941.65 |
| 02/22/17 | 106 | Heslin Rothenberg Farley & Mesiti, PC | attorney fees orer approved 2.22.17 | 3210-000 | | 5,619.50 | 278,322.15 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 455.60 | 277,866.55 |
| 03/29/17 | 107 | Hillsborough Storage LLC | Invoice 15996/Tenant 184388 | 2420-000 | | 451.82 | 277,414.73 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 412.99 | 277,001.74 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 371.95 | 276,629.79 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 437.67 | 276,192.12 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 397.26 | 275,794.86 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 383.46 | 275,411.40 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 435.78 | 274,975.62 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 382.32 | 274,593.30 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 421.29 | 274,172.01 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 394.35 | 273,777.66 |
| 12/20/17 | 108 | TRENK DiPASQUALE DELLA FERA & SODONO PC | second fee application attorney fees and expenses | | | 30,861.30 | 242,916.36 |
| | | | second fee application         30,679.50 attorney fees | 3110-000 | | | 242,916.36 |
| | | | second fee application            181.80 attorney expenses | 3120-000 | | | 242,916.36 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 368.82 | 242,547.54 |
| 01/05/18 | 109 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2018 FOR CASE #16-18628-CMG | 2300-000 | | 52.68 | 242,494.86 |

Subtotals :           $500,000.00           $257,505.14

{} Asset reference(s)                                                              Printed: 01/03/2020 03:54 PM    V.14.60

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-18628-CMG  
**Case Name:** LASER ENERGETICS, INC.  
**Taxpayer ID #:** **-***2681  
**Period Ending:** 01/03/20  

**Trustee:** Andrea Dobin (500420)  
**Bank Name:** Mechanics Bank  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $39,709,084.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 383.71 | 242,111.15 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 325.02 | 241,786.13 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 347.77 | 241,438.36 |
| 04/12/18 | 110 | STATE OF NJ - CBT | Federal ID# 73-1382681 | 2820-000 | | 750.00 | 240,688.36 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 335.69 | 240,352.67 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 380.78 | 239,971.89 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 333.65 | 239,638.24 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 367.66 | 239,270.58 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.62 | 238,914.96 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.27 | 238,731.69 |
| 10/22/18 | 111 | SHARER, PETREE BROTZ & SNYER | accountant fees and expenses | | | 4,165.85 | 234,565.84 |
| | | | accountant fees       4,144.00 | 3410-000 | | | 234,565.84 |
| | | | accountant expneses        21.85 | 3420-000 | | | 234,565.84 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.26 | 234,350.58 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.61 | 234,157.97 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.04 | 233,971.93 |
| 01/17/19 | 112 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/17/2019 FOR CASE #16-18628-CMG | 2300-000 | | 74.54 | 233,897.39 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 211.52 | 233,685.87 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.26 | 233,506.61 |
| 06/21/19 | 113 | Extreme Laser Technologies (ADMINISTRATIVE) | Dividend paid 100.00% on $1,345.41, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 1,345.41 | 232,161.20 |
| 06/21/19 | 114 | Colleen Kelly | Dividend paid 100.00% on $1,025.87, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 1,025.87 | 231,135.33 |
| 06/21/19 | 115 | Arisawa Mfg. | Dividend paid   2.71% on $2,334,117.33; Claim# 4; Filed: $2,334,117.33; Reference: Voided on 09/20/19 | 7100-000 | | 63,413.17 | 167,722.16 |
| 06/21/19 | 116 | Trenton Water Works | Dividend paid   2.71% on $202.54; Claim# 5; Filed: $202.54; Reference: | 7100-000 | | 5.50 | 167,716.66 |
| 06/21/19 | 117 | Charles M Rosenberg | Dividend paid   2.71% on $70,218.00; Claim# 7; Filed: $70,218.00; Reference: | 7100-000 | | 1,907.68 | 165,808.98 |
| 06/21/19 | 118 | Jerome E. Dennis | Dividend paid   2.71% on $1,631.25; Claim# 9; Filed: $1,631.25; Reference: | 7100-000 | | 44.32 | 165,764.66 |
| 06/21/19 | 119 | Tyco Integrated Security, LLC | Dividend paid   2.71% on $618.92; Claim# 11; | 7100-000 | | 16.81 | 165,747.85 |

Subtotals :     $0.00     $76,747.01

{} Asset reference(s)                                                                                                     Printed: 01/03/2020 03:54 PM     V.14.60

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 16-18628-CMG  
**Case Name:** LASER ENERGETICS, INC.  

**Taxpayer ID #:** **-***2681  
**Period Ending:** 01/03/20  

**Trustee:** Andrea Dobin (500420)  
**Bank Name:** Mechanics Bank  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $39,709,084.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $618.92; Reference: | | | | |
| 06/21/19 | 120 | Ford Motor Credit Company, LLC | Dividend paid  2.71% on $878.33; Claim# 12; Filed: $878.33; Reference: | 7100-000 | | 23.86 | 165,723.99 |
| 06/21/19 | 121 | Eileen Berke | Dividend paid  2.71% on $1,737,310.00; Claim# 13; Filed: $1,737,310.00; Reference: | 7100-000 | | 47,199.13 | 118,524.86 |
| 06/21/19 | 122 | CSZ Holdings, Inc. | Dividend paid  2.71% on $794,635.00; Claim# 14; Filed: $794,635.00; Reference: | 7100-000 | | 21,588.60 | 96,936.26 |
| 06/21/19 | 123 | Colleen Kelly | Dividend paid  2.71% on $69,125.00; Claim# 16; Filed: $138,250.00; Reference: Stopped on 07/30/19 | 7100-000 | | 1,877.98 | 95,058.28 |
| 06/21/19 | 124 | Robert Battis | Dividend paid  2.71% on $994,475.60; Claim# 17; Filed: $3,520,991.00; Reference: | 7100-000 | | 27,017.85 | 68,040.43 |
| 06/21/19 | 125 | Ryan Battus | Dividend paid  2.71% on $154,242.00; Claim# 20; Filed: $308,484.00; Reference: | 7100-000 | | 4,190.44 | 63,849.99 |
| 06/21/19 | 126 | Yehuda Dachs | Dividend paid  2.71% on $150,000.00; Claim# 21; Filed: $378,000.00; Reference: | 7100-000 | | 4,075.19 | 59,774.80 |
| 06/21/19 | 127 | Perry Fonseca | Dividend paid  2.71% on $69,103.17; Claim# 23; Filed: $69,103.17; Reference: | 7100-000 | | 1,877.39 | 57,897.41 |
| 06/21/19 | 128 | Andrea Dobin | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 28,265.29 | 29,632.12 |
| | | | Dividend paid 100.00%      28,250.00 on $28,250.00;  Claim# ; Filed: $28,250.00 | 2100-000 | | | 29,632.12 |
| | | | Dividend paid 100.00%      15.29 on $15.29;  Claim# ; Filed: $15.29 | 2200-000 | | | 29,632.12 |
| 06/21/19 | 129 | McMANIMON SCOTLAND & BAUMANN | Combined Check for Claims#et_al. | | | 9,979.75 | 19,652.37 |
| | | | Dividend paid 100.00%      9,932.50 on $9,932.50;  Claim# ; Filed: $9,932.50 | 3110-000 | | | 19,652.37 |
| | | | Dividend paid 100.00%      47.25 on $47.25;  Claim# ; Filed: $47.25 | 3120-000 | | | 19,652.37 |
| 06/21/19 | 130 | TRENK DiPASQUALE DELLA FERA & SODONO PC | Combined Check for Claims#et_al. | | | 19,652.37 | 0.00 |
| | | | Dividend paid 100.00%      18,838.50 on $18,838.50;  Claim# ; | 3110-000 | | | 0.00 |

Subtotals :                                 $0.00            $165,747.85

{} Asset reference(s)  
Printed: 01/03/2020 03:54 PM    V.14.60

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 16-18628-CMG | | **Trustee:** | Andrea Dobin (500420) |
|---|---|---|---|---|
| **Case Name:** | LASER ENERGETICS, INC. | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******5966 - Checking Account |
| **Taxpayer ID #:** | **-***2681 | | **Blanket Bond:** | $39,709,084.00 (per case limit) |
| **Period Ending:** | 01/03/20 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $18,838.50 | | | | |
| | | | Dividend paid 100.00%  813.87 on $813.87; Claim# ; Filed: $813.87 | 3120-000 | | | 0.00 |
| 07/30/19 | 123 | Colleen Kelly | Dividend paid 2.71% on $69,125.00; Claim# 16; Filed: $138,250.00; Reference: Stopped: check issued on 06/21/19 | 7100-000 | | -1,877.98 | 1,877.98 |
| 08/01/19 | 131 | Colleen Kelly | Dividend paid 2.71% on $69,125.00; Claim# 16; Filed: $138,250.00; Reference: | 7100-000 | | 1,877.98 | 0.00 |
| 09/20/19 | 115 | Arisawa Mfg. | Dividend paid 2.71% on $2,334,117.33; Claim# 4; Filed: $2,334,117.33; Reference: Voided: check issued on 06/21/19 | 7100-000 | | -63,413.17 | 63,413.17 |
| 09/20/19 | 132 | Arisawa Mfg. | Dividend paid 2.71% on $2,334,117.33; Claim# 4; Filed: $2,334,117.33; Reference: | 7100-000 | | 63,413.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 500,000.00 | 500,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 500,000.00 | 500,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$500,000.00** | **$500,000.00** | |

| | | | | |
|---|---|---|---|---|
| Net Receipts : | 500,000.00 | | | |
| Net Estate : | $500,000.00 | **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | Checking # ******5966 | 500,000.00 | 500,000.00 | 0.00 |
| | | | $500,000.00 | $500,000.00 | $0.00 |

{} Asset reference(s)

Printed: 01/03/2020 03:54 PM    V.14.60