Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 16−18628−CMG
                    Chapter: 7
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laser Energetics, Inc.
   c/o Santo J. Bonanno, Esq.
   1044 Route 23 North
   Ste. 104
   Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
   73−1382681

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 24, 2020</u>                  <u>Christine M. Gravelle</u>
                                                              Judge, United States Bankruptcy Court